■ (A) THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARVIN T. HANEY v. WALTER H. WILKINS, as Warden of Attica Prison. (B) THE PEOPLE OF THE STATE OF NEW YORK ex rel. JADY KELLY v. WALTER H. WILKINS, as Warden of Attica Prison. (C) THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES SHAMPO v. WALTER H. WILKINS, as Warden of Attica Prison.— [In each action] Motion granted to prosecute appeal on original papers and typewritten brief; otherwise motion denied.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES KEEVER, Appellant, v. WALTER H. WILKINS, as Warden of Attica Prison, Respondent.— Motion to prosecute appeal as a poor person, and for other relief, denied. (See People ex rel. Maconi v. Murphy, 11 A D 2d 1095.)

## FIRST DEPARTMENT, MAY, 1961

### (May 2, 1961)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVID MOSELEY, Appellant.— Judgment of conviction unanimously affirmed. The errors assigned by the appellant must be disregarded in view of the competent evidence which clearly establishes his guilt of the crime charged (Code Crim. Pro., § 542). Concur — Botein, P. J., Breitel, McNally, Steuer and Bergan, JJ.

■ TERSILLA CERIA, Plaintiff, v. ALDO CERIA et al., as Executors of ROMOLO CERIA, Deceased, et al., Respondents, and VICTOR A. ROBERTS, Appellant.— Order entered on March 2, 1961, vacating the order of September 28, 1960 which confirmed the report of an Official Referee fixing defendant-appellant's fee, unanimously reversed, on the law and on the facts, with $20 costs and disbursements to appellant and the motion denied, with $10 costs. The scope of the stipulation of discontinuance did not include nor relate to the separate proceeding to fix defendant-appellant's fee. We regard the provision for substitution of counsel as surplusage in view of the prior order. Concur — Botein, P. J., Rabin, McNally and Stevens, JJ.

■ MARY McA. GOBLE, Respondent, v. GENE W. GOBLE, Appellant.— Order entered on March 14, 1961, adjudging the defendant guilty of contempt and fining him the sum of $6,960, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Motion for a stay dismissed, having become academic by virtue of the decision of this court decided herein. Concur — Botein, P. J., Rabin, McNally and Stevens, JJ.

■ MARY HEELAN et al., Appellants, v. NEW YORK CITY HOUSING AUTHORITY, Respondent.— Order entered on September 10, 1959, granting defendant's motion to dismiss the complaint for lack of prosecution, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Order entered on September 20, 1960, denying plaintiffs' motion to vacate the order of the Supreme Court, New York County, entered on September 10, 1959, granting defendant's motion to dismiss the complaint for lack of prosecution, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Rabin, McNally and Stevens, JJ.